# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1189
_____

United States of America,

*Plaintiff - Appellee*,

v.

Norris Wade Culver, Jr.,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Northern District of Iowa - Dubuque

_____

Submitted: August 4, 2020
Filed: August 7, 2020
[Unpublished]

_____

Before COLLOTON, GRUENDER, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Norris Culver, Jr., appeals after he pleaded guilty to a firearm offense, and the district court[1] imposed a sentence within the advisory sentencing guideline range. His

_____

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of Culver's sentence. Culver has filed a pro se brief disputing his sentence and asserting that he received ineffective assistance of counsel.

After carefully reviewing the record, we conclude that the district court did not abuse its discretion by imposing a sentence within the advisory range. There is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. *See United States v. Salazar-Aleman*, 741 F.3d 878, 881 (8th Cir. 2013); *see also United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014). As to the claims in Culver's pro se brief, we find no merit to his challenge to the sentence, and we decline to review any ineffective-assistance claims on direct appeal. *See United States v. Hughes*, 330 F.3d 1068, 1069 (8th Cir. 2003).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment. *See* 8th Cir. R. 47B.

_____